DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. CAMPBELL

No. 155 PC.

Case below: 18 N.C. App. 586.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. CAUTHEN

No. 149 PC.

Case below: 18 N.C. App. 591.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. COBB

No. 156 PC.

Case below: 18 N.C. App. 221.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1973.

STATE v. FLOYD

No. 164 PC.

Case below: 18 N.C. App. 677.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. FOX

No. 139 PC.

Case below: 18 N.C. App. 523.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.